IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JACQUELINE MOULTRIE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:15cv472-MHT |
| | ) | (WO) |
| AMERICAN HERITAGE LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| a domestic corporation, | ) | |
| and BUD PORTER, | ) | |
| | ) | |
|     Defendants. | ) | |

ORDER

This cause, which was removed from state court to federal court based on diversity-of-citizenship jurisdiction, 28 U.S.C. §§ 1332 and 1441, is now before the court on a motion to remand filed by the plaintiff.

The plaintiff has irrevocably stipulated that the amount in controversy in this case does not exceed $ 75,000, that she will not seek to recover from Defendant American Heritage Life Insurance Company any amount in excess of $ 75,000, and that she waives any claim against it for more than that amount. On this basis, the removing party, defendant American Heritage

**Life Insurance Company, agrees that remand is appropriate.**

\*\*\*

Accordingly, because this court lacks subject-matter jurisdiction, it is the ORDER, JUDGMENT, and DECREE of the court that the plaintiff's motion to remand (doc. no. 15) is granted and that, pursuant to 28 U.S.C. § 1447(c), this cause is remanded to the Circuit Court of Bullock County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 30th day of November, 2015.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**